```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION
```

JEFFREY C. HELBING           §
                             §
VS.                          §    CIVIL ACTION NO. 4:11-CV-704-Y
                             §
MICHAEL J. ASTRUE            §

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On October 29, 2012, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case (doc. 17). In the findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration denying plaintiff Jeffrey C. Helbing's claims for disability-insurance benefits under Title II of the Social Security Act. Helbing filed his objections to the findings on November 13.

After review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein. Accordingly, the commissioner's decision is AFFIRMED.

SIGNED December 27, 2012.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE